SHARON DIANE EDMONDS
LESTER FRANKLIN EDMONDS
699 RENSHAW RD
YAZOO CITY, MS 39194

FRANKLYN EDMONDS
64 GORDON LN
BENTONIA, MS 39040

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

1ST FRANKLIN
398 HIGHWAY 51
RIDGELAND, MS 39157

H&R BLOCK
ATTN: BANKRUPTCY
PO BOX 30674
SALT LAKE CITY, UT 84130

ADVANCE AMERICA
1256 JERRY CLOWER BLVD
YAZOO CITY, MS 39194

KLS FINANCIAL SERVICES
ATTN: BANKRUPTCY
991 AVIATION PARKWAY
STE 500
MORRISVILLE, NC 27560

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

LEND NATION
315 E 15TH ST
YAZOO CITY, MS 39194

AKINS & ADAMS
108 E JEFFERSON ST
RIPLEY, MS 38663

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

BUDDY'S
764 E FIFTEENTH ST
YAZOO CITY, MS 39194

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

MUTUAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 25
VICKSBURG, MS 39181

FAMILY CHOICE
912 A EAST PEACE ST
CANTON, MS 39046

REGIONAL FIN
ATTN: BANKRUPTCY
979 BATEVILLE RD STE B
GEER, SC 29651