**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Sharon Diane Edmonds                               Case No. 26-02169-JAW
          Lester Franklin Edmonds                          Chapter 7 Proceedings

## **NOTICE OF APPEARANCE**

COMES NOW, Tower Loan of Mississippi, LLC d/b/a Tower Loan of Yazoo City, by

and through its attorney, and files this Notice of Appearance in the above styled action.

This the 12th day of August, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

Thomas Carl Rollins, Jr
trollins@therollinsfirm.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@us.doj.gov

Sharon Diane Edmonds
699 Renshaw Rd
Yazoo City, MS 39194

Eileen N. Shaffer
Chapter 7 Trustee

Lester Franklin Edmonds
699 Renshaw Rd
Yazoo City, MS 39194

This the 12th day of August, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176